Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Laura Steven (SBN 332168)
laura@handslawgroup.com
Kyle Wilson (SBN 323888)
kyle@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff,
**JAMES SHAYLER**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HB MAT PROPERTIES, a California limited liability company; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:20-cv-11107-FMO-GJS<br><br>Hon. Fernando M. Olguin<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date: December 9, 2021<br>Time: 10:00 a.m.<br>Courtroom: 6D |

1                                            Case No. 2:20-cv-11107-FMO-GJS

To all parties and to their attorneys of record:

**PLEASE TAKE NOTICE** that Plaintiff James Shayler ("Plaintiff") hereby moves this Court to enter summary judgment in favor of Plaintiff and against Defendant HB Mat Properties, LLC ("Defendant"). This Motion for Summary Judgment will be heard on December 9, 2021, at 10:00 a.m., before the Honorable Fernando M. Olguin, in Courtroom 6D of the above-captioned court, located at 350 West 1st Street, Los Angeles, California 90012.

Plaintiff seeks an order from the Court requiring Defendant to comply with the Americans with Disabilities Act ("ADA") and California's Unruh Civil Rights Act ("UCRA"), and to remediate all existing accessibility violations, including to provide and maintain accessible routes of travel, signage, parking, and business interior, at the property located 1200 Pacific Coast Hwy, Hermosa Beach, California 90254 (the "Property"). Plaintiff also seeks a judgment in favor of Plaintiff and against Defendant in the amount of $16,000, for statutory damages under the UCRA.

This motion is made on the grounds that there is no genuine dispute as to any material fact, and Plaintiff is entitled to judgment as a matter of law. Plaintiff's motion is brought pursuant to Rule 56 of the Federal Rules of Civil Procedure, and is supported by this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Statement of Uncontroverted Facts

and Conclusions of Law (Joint Appendix of Undisputed and Disputed Facts), the Declaration of James Shayler, the Declaration of Dr. McCloy, the Declaration of John Battista, the Declaration of Anoush Hakimi, the Declaration of Marc Friedlander, and Plaintiff's Exhibits, all filed concurrently herewith, the record and files herein, and such other evidence as may be admitted at the time of the hearing of the motion.

This motion is made following the conference of counsel, which took place on September 2, 2021, pursuant to L.R. 7-3.

Dated:  November 9, 2021					THE LAW OFFICE OF HAKIMI & SHAHRIARI

						By:	/s/ Anoush Hakimi
							ANOUSH HAKIMI, ESQ.
							Attorney for Plaintiff James Shayler