Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Laura Steven (SBN 332168)
laura@handslawgroup.com
Kyle Wilson (SBN 323888)
kyle@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff,
**JAMES SHAYLER**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER, an individual, | Case No.: 2:20-cv-11107-FMO-GJS |
| Plaintiff, | Hon. Fernando M. Olguin |
| v. | **STIPULATION TO CONFER REMOTELY REGARDING PRETRIAL FILINGS** |
| HB MAT PROPERTIES, a California limited liability company; FUSION SUSHI, a business of unknown form; and DOES 1-10, | |
| Defendants. | |

**WHEREAS**, on the Court's Scheduling and Case Management Order re: Jury Trial issued on March 9, 2021 (ECF No. 17) specifies that the parties are to meet and confer regarding pretrial filings in person;

**WHEREAS**, the parties are preparing to meet and confer on Wednesday, December 29, 2021 in accordance with the Court's Order, and have exchanged several documents in preparation for the meeting;

**WHEREAS**, since it was first detected in Southern California within the last few weeks, the Omicron variant of COVID-19 is leading to increasing numbers of illness and hospitalizations;

**WHEREAS**, counsel for Plaintiff has been experiencing difficulty scheduling a court reporter for an in-person conference of counsel on December 29, 2021 due to the COVID-19 variant;

**WHEREAS**, both parties agree to meet and confer remotely by video conference;

**THEREFORE, IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record, that conference of counsel to discuss pretrial filings may proceed remotely by video conference.

**IT IS SO STIPULATED.**

Dated: December 27, 2021     THE LAW OFFICE OF HAKIMI & SHAHRIARI

                By:   /s/ Anoush Hakimi
                      ANOUSH HAKIMI, ESQ.
                      Attorney for Plaintiff James Shayler

Dated: December 27, 2021     COUNSELOR & ADVOCATE AT LAW

                By:   /s/ James S. Link
                      JAMES S. LINK, ESQ.
                      Attorney for Defendant HB Mat Properties,
                      a California limited liability company

I, Anoush Hakimi, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

                      /s/ Anoush Hakimi
                       Anoush Hakimi