# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER, an individual,<br><br>       Plaintiff,<br><br>   v.<br><br>HB MAT PROPERTIES, a California limited liability company; FUSION SUSHI, a business of unknown form; and DOES 1-10,<br><br>       Defendants. | Case No.: 2:20-cv-11107-FMO-GJS<br><br>Hon. Fernando M. Olguin<br><br>**ORDER** |

Based on the stipulation of the parties, and good cause appearing therefor,

**IT IS ORDERED THAT:**

The parties may meet and confer regarding pretrial filings by video conference service.

Dated: December 27, 2021

/s/
_____
Hon. Fernando M. Olguin
United States District Judge