James S. Link (SBN 94280)
Counselor & Advocate at Law
215 N. Marengo, 3rd Floor
Pasadena, CA 91101
(626) 793-9570
(626) 628-1925 (fax)
james.s.link@att.net

Attorney for Defendant HB Mat Properties

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| James Shayler, | Case No.: 2:20-cv-11107-FMO-GJS |
|---|---|
| Plaintiff, | **Defendant's Witness List** |
| v. | |
| HB Mat Properties, a California limited liability company; and Does 1-10, | **Trial Date: February 22, 2022**<br>**Time: 9:00 a.m.**<br>**Courtroom: 6D** |
| Defendants. | |

     Defendant HB Mat Properties, a California limited liability company will call the following witness at trial, reserving the right to call any of plaintiff's witnesses in defendant's case in chief:

1.    Nasser Matloob. He will testify to the following: the date of the construction of the building, the lack of alterations to the building other than maintenance and cosmetic matters, the lack of contact by the plaintiff prior to the filing of the complaint and the remediation done at the property after receipt of the complaint.

Date:  January 14, 2022

                                                                 /s/ James S. Link
                                                                James S. Link
                                                                Attorney for Defendant