Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Laura Steven (SBN 332168)
laura@handslawgroup.com
Kyle Wilson (SBN 323888)
kyle@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff,
**JAMES SHAYLER**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES SHAYLER, an individual,<br><br>       Plaintiff,<br><br>   v.<br><br>HB MAT PROPERTIES, a California limited liability company; FUSION SUSHI, a business of unknown form; and DOES 1-10,<br><br>       Defendants. | Case No.:  2:20-cv-11107-FMO-GJS<br><br>Hon. Fernando M. Olguin<br><br>**PLAINTIFF'S WITNESS LIST**<br><br>Pretrial Conference: February 4, 2022<br>Time:               10:00 a.m.<br><br>Complaint Filed:   December 7, 2020<br>Trial Date:         February 22, 2022 |

1                                    Case No. 2:20-cv-11107-FMO-GJS

Pursuant to Local Rule 16-5 and F.R.Civ.P. 26(a)(3)(A), Plaintiff James

Shayler submits his Witness List. All testimony will be in person unless otherwise

indicated.

| NAME | EXPECTED TESTIMONY | ADDRESS AND TELEPHONE NUMBER |
|------|--------------------|------------------------------|
| James Shayler | Mr. Shayler will testify about: (1) his disability; (2) the barriers he encountered at Defendant's property (Fusion Sushi); (3) how the barriers at Fusion Sushi denied him full and equal access; and (4) his desire to return to the Fusion Sushi to patronize it. | c/o The Law Office of Hakimi & Shahriari 1800 Vine Street Los Angeles, CA 90028 Tel: (888) 635-2250 |
| Marc Friedlander | Mr. Friedlander will testify about his inspection of the subject property and the photographs he took on August 30, 2021. | 15701 Sherman Way Van Nuys, CA 91406 Tel: (323) 477-5901 |

PLAINTIFF'S WITNESS LIST

| | | |
|---|---|---|
| John Battista | Mr. Battista will testify about his inspection of the subject property on April 1, 2021 and his reports regarding same. | ADA Compliance Masters, Inc.<br><br>2660 Rudolph Drive<br><br>Simi Valley, CA 93065<br><br>Tel: (818) 470-4344 |
| Hamid Mir, M.D. | Dr. Mir will testify about his examination of Plaintiff on October 8, 2021 and related report. | 3501 Jamoree Road<br><br>Newport Beach, CA 92660<br><br>Tel: (949) 988-7848 |
| Thomas McCloy, M.D. | Dr. McCloy is Plaintiff's treating primary care physician, and will testify regarding his various health conditions. | 1045 Atlantic Ave, #1019,<br><br>Long Beach, CA 90813<br><br>Tel: (562) 437-5213 |
| Parham Yashar, M.D. | Dr. Yashar is Plaintiff's treating neurologist, and he will testify about Plaintiff's back and neurological conditions. | 120 S Spalding Drive,<br><br>Suite 305,<br><br>Beverly Hills, CA 90212<br><br>Tel: (424) 209-2669 |
| John Plut, M.D. | Dr. Plut is one of Plaintiff's treating physicians, and he will testify about Plaintiff's knee | 3475 Torrance Blvd., Suite F,<br><br>Torrance, CA 90503<br><br>Tel: (310) 316-6600 |

3

Case No. 2:20-cv-11107-FMO-GJS

PLAINTIFF'S WITNESS LIST

| | | |
|---|---|---|
| | and back pain. | |
| Henry Su, M.D. | Dr. Su is one of Plaintiff's treating physicians, and he will testify about Plaintiff's foot conditions. | 1043 Elm Avenue, Suite 301, Long Beach, CA 90813 Tel: (562) 684-2560 |
| Dr. Charles Ananian | Dr. Ananian is one of Plaintiff's treating physicians, and he will testify about his examination(s) of Plaintiff. | Beverly Hospital, 309 West Beverly Blvd. Montebello, CA 90640 |
| Nasser Matloob | Mr. Matloob will be called as an adverse witness on direct. He will testify about ownership of the property and violations on the property. | c/o James S. Link Counselor & Advocate At Law 215 N. Marengo, 3rd Floor Pasadena, CA 91101 Tel: (626) 793-9570 |
| Henry N. Jannol | Mr. Jannol will be called as an adverse witness on direct. He will testify about ownership of the property and violations on | c/o James S. Link Counselor & Advocate At Law 215 N. Marengo, 3rd Floor |

PLAINTIFF'S WITNESS LIST

| | | |
|---|---|---|
| | the property. | Pasadena, CA 91101  Tel: (626) 793-9570 |
| James Link | Mr. Link will be called as a witness regarding The ADA Project. | James S. Link  Counselor & Advocate At Law  215 N. Marengo, 3rd Floor  Pasadena, CA 91101  Tel: (626) 793-9570 |
| Stephen Abraham | Mr. Abraham will be called as a witness regarding The ADA Project. | Law Offices of Stephen E. Abraham  1592 Pegasus Street  Newport Beach, CA 92660  Tel: (949) 878-8608 |
| Melissa Daugherty | Ms. Daugherty will be called as a witness regarding The ADA Project. | Lewis Brisbois Bisgaard & Smith LLP  633 West 5th Street, Suite 4000  Los Angeles, CA 90071  Tel:  (213) 250-1800 |

5

Case No. 2:20-cv-11107-FMO-GJS

PLAINTIFF'S WITNESS LIST

1

2

Dated:  January 14, 2022              THE LAW OFFICE OF HAKIMI & SHAHRIARI

3

4

5

By:   */s/ Anoush Hakimi*

6                                              Anoush Hakimi, Esq.

7                                              Attorneys for Plaintiff, James Shayler

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S WITNESS LIST