James S. Link (SBN 94280)
Counselor & Advocate at Law
215 N. Marengo, 3rd Floor
Pasadena, CA 91101
(626) 793-9570
(626) 628-1925 (fax)
james.s.link@att.net

Attorney for Defendant HB Mat Properties

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| James Shayler, <br><br> Plaintiff, <br> v. <br><br> HB Mat Properties, a California limited liability company; and Does 1-10, <br><br> Defendants. | Case No.: 2:20-cv-11107-FMO-GJS <br><br> **Objections To Plaintiff's Witness List** <br><br> **Trial Date: February 22, 2022** <br> **Time: 9:00 a.m.** <br> **Courtroom: 6D** |
|---|---|

  Defendant HB Mat Properties, a California limited liability company, hereby objects to plaintiff's witness list as follows:

  1. Hamid Mir, M.D.: Dr. Mir should be excluded from testifying because plaintiff did not list Dr. Mir as an expert in his designation served on July 9, 2021. See Exhibit A.

  2. Henry Nathan Jannol, State Bar #66309: Mr. Jannol is a real estate attorney and agent for service of process of defendant. He was not identified in discovery as a witness by plaintiff or defendant and does not have any knowledge of the ownership or operation of the property.

  3. Stephen Abraham, Melissa Daugherty and James S. Link: They are attorneys who defend cases prosecuted by Hakimi & Shahriari and other ADA/Unruh serial litigation law firms. Plaintiff's counsel have not articulated any

proper purpose for inclusion of these individuals as witnesses.  The only purpose then is improper, such as to harass or even to gain insight into the thought process and privileged work product of opposing counsel not simply in this case but in others. Unless Plaintiff can demonstrate that any of these witnesses is able to provide competent, non-privileged testimony about a probative and material fact in this case and that such testimony is both indispensable and cannot be introduced by alternate means, the listed witnesses should be excluded from testifying.

Date:  January 18, 2022

_____
James S. Link
Attorney for Defendant