James S. Link (SBN 94280)
Counselor & Advocate at Law
215 N. Marengo, 3rd Floor
Pasadena, CA 91101
(626) 793-9570
(626) 628-1925 (fax)
james.s.link@att.net

Attorney for Defendant HB Mat Properties

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| James Shayler, | Case No.: 2:20-cv-11107-FMO-GJS |
|---|---|
| Plaintiff, | **Defendant's Proposed Additional Voir Dire Questions** |
| v. | |
| HB Mat Properties, a California limited liability company; and Does 1-10, | Trial Date: February 22, 2022 Time: 9:00 a.m. |
| Defendants. | Courtroom: 6D |

Defendant HB Mat Properties requests the following voir dire questions be asked of the prospective jurors:

1. Have any of you read any articles about lawsuits brought by disabled persons against businesses and property owners?

2. Have any of you heard or seen any television or radio broadcasts about lawsuits brought by disabled individuals against businesses and property owners?

3. Do any of you know someone who has been sued by a disabled person, claiming lack of access to the property or to the goods or services of the business?

4. Do any of you have any prejudices or biases against the disabled?  If so what is that prejudice or bias?

5. Do any of you believe that disabled individuals should not be allowed to sue for damages when they claim discrimination because of the physical features of a

store, restaurant or other business?  If anyone says yes, why not.

6. Is anyone on the jury panel disabled?  If so, what is that disability?  Have you had problems going to offices, stores or restaurants?  Have you filed a lawsuit because of those problems?

7. Has anyone on the jury panel applied for a disabled accessible parking permit?  If so, what was the reason?

8. Do any of you have a family member or close friend who is disabled?  If so, what is that disability?

9. What kind of problems have you seen that person(s) have going to offices, restaurants or stores?

10. Do you believe a party to a lawsuit should tell the truth in documents filed with the court?

Date: January 21, 2021

*/s/ James S. Link*
James S. Link
Attorney for Defendant HB Mat Properties