Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Laura Steven (SBN 332168)
laura@handslawgroup.com
Kyle Wilson (SBN 323888)
kyle@handslawgroup.com
THE LAW OFFICE OF HAKIMI & SHAHRIARI
1800 Vine Street
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170
Attorneys for Plaintiff JAMES SHAYLER

James S. Link (SBN 94280)
Counselor & Advocate at Law
215 N. Marengo, 3rd Floor
Pasadena, CA 91101
(626) 793-9570
(626) 628-1925 (fax)
james.s.link@att.net

Attorney for Defendant HB Mat Properties

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Shayler,<br><br>    Plaintiff,<br>v.<br><br>HB Mat Properties, a California limited liability company; and Does 1-10,<br><br>    Defendants. | Case No.: 2:20-cv-11107-FMO-GJS<br><br>Joint Statement Of The Case<br><br>Pretrial Conference: February 4, 2022<br>Trial Date:           February 22, 2022 |

Plaintiff alleges that Defendant discriminated against him by violating the Americans with Disabilities Act and Unruh Civil Rights Act. Plaintiff is seeking statutory damages and an order requiring that Defendant comply with the Americans

with Disabilities Act and Unruh Civil Rights Act. Plaintiff has the burden of proving these claims. Defendant denies those claims and contends that Plaintiff is not disabled within the meaning of the Americans with Disabilities Act and the Unruh Civil Rights Act.

Dated: January 21, 2022        THE LAW OFFICE OF HAKIMI & SHAHRIARI

                                By:    /s/ Anoush Hakimi
                                ANOUSH HAKIMI, ESQ.
                                Attorney for Plaintiff James Shayler

Date: January 21, 2022         _____
                                James S. Link
                                Attorney for Defendant HB Mat
                                Properties, LLC