UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-11107 FMO (GJSx) | Date | February 8, 2022 |
|---|---|---|---|
| Title | James Shayler v. HB Mat Properties, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Gabby Garcia | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order Re: Pending Motion

On the court's own motion, IT IS ORDERED THAT plaintiff's Application for Default Judgment **(Document No. 37)** is hereby **vacated** (and subject to reinstatement) pending a ruling on the pending motion for summary judgment and/or the completion of the trial in this matter.

|  |  |
|---|---|
|  | 00  :  00 |
| Initials of Preparer | gga |